SCWC-14-0000825

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ROLAND I. KEHANO, SR.,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000825; S.P.P. NO. 13-1-0014(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and Circuit
Judge Ayabe in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Roland I. Kehano,

Sr.'s, application for writ of certiorari filed on September 21,

2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, November 2, 2015.

Roland I. Kehano, Sr.
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

